# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND;   [SEE ATTACHED CAPTION PAGE]

V.

CAMERON ELECTRIC & LIGHTING DESIGN, a sole proprietorship;
   [SEE ATTACHED CAPTION PAGE]

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C 07 4111 VRW**

TO: (Name and address of defendant)

ZACHARY ALAN CAMERON
2412 3rd Street
Napa, CA 94559

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott M. De Nardo (S.B. #216749)
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104

Tel. 415.677.9440
Fax 415.677.9445
email: sdenardo@neyhartlaw.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_(signature)_
(BY) DEPUTY CLERK
ANNA SPRINKLES

AUG - 9 2007
DATE_____

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]     DATE |
| Name of SERVER     TITLE |
| *Check one box below to indicate appropriate method of service* |
| ☐    Served Personally upon the Defendant. Place where served: |
| ☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. <br> Name of person with whom the summons and complaint were left: |
| ☐    Returned unexecuted: |
| ☐    Other *(specify):* |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. <br><br> Executed on _____  _____ <br>                  Date                      Signature of Server <br><br>                                            _____ <br>                                            Address of Server |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND; SOLANO & NAPA COUNTIES ELECTRICAL WORKERS LABOR & MANAGEMENT COMMITTEE; I.B.E.W. LOCAL 180 JOINT APPRENTICESHIP TRAIINING TRUST FUND; SOLANO AND NAPA COUNTIES ELECTRICAL WORKERS PENSION TRUST FUND; SOLANO & NAPA COUNTIES ELECTRICAL WORKERS PROFIT SHARING PLAN; LOCAL 180 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; and, DAN BROADWATER, as Trustee of the Plaintiff Trusts and Co-chair of the Committee,

Plaintiffs,

vs.

CAMERON ELECTRIC & LIGHTING DESIGN, a sole proprietorship; ZACHARY ALAN CAMERON, its owner; CAMERON ELECTRIC dba CAMERON ELECTRIC & LIGHTING DESIGN,

Defendant.

| Attorney or Party without Attorney:<br>Neyhart, Anderson, Flynn & Grosboll<br>44 Montgomery Street, Suite 2080<br>San Francisco, Ca 94104<br>Telephone No: 415-677-9440    FAX No: 415-677-9445 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | |
| Plaintiff: Solano & Napa Counties Electrical Workers Health & Welfare Trust Fund, Et Al.<br>Defendant: Cameron Electric & Lighting Design, et al. | |

| **PROOF OF SERVICE**<br>**Summons in a Civil Case** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C-07-4111VRW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Civil Case Cover Sheet; First Amended Complaint & Request for Jury Trial; Order Setting Initial Case Management Conference & Case Management Conference Order; ECF Registration Information; Welcome to the U.S. District Court Information Sheet; Notice of Availability of Magistrate Judge.

3. a. Party served:     Zachary Alan Cameron, an Individual
   b. Person served:     Karen Kaiser, administrative assistant, White, Female, 26 Years Old, Brown Hair, Brown Eyes, 5 Feet 4 Inches, 130 Pounds

4. Address where the party was served:     2412-3rd Street
       Napa, Ca 94559

5. I served the party:
   b. **by substituted service.** On: Tue., Aug. 21, 2007 at: 1:20PM I left the documents listed in item 2 with or in the presence of:
          Karen Kaiser, administrative assistant.
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Evan Dresser
   
   LEGAL EXPRESS LTD.
   1831 HARTMAN LN.
   P.O. BOX 808001
   PETALUMA, CA 94975-8001
   PHONE 707-765-6765
   FAX 707-765-6762
   
   d. **The Fee for Service was:** $65.00
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.:     P168
       (iii) County:     Sonoma

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Aug. 22, 2007

                        (Evan Dresser)

Judicial Council Form POS-010     PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007     Summons in a Civil Case     neyhart.141551

| *Attorney or Party Without Attorney:*<br>Neyhart, Anderson, Flynn & Grosboll<br>44 Montgomery Street, Suite 2080<br>San Francisco, Ca 94104<br>*Telephone No:* 415-677-9440    *FAX No:* 415-677-9445<br>*Attorney for:* Plaintiff | *Ref. No or File No.:* | *For Court Use Only* |
|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Northern District Of California |
|---|

*Plaintiff:* Solano & Napa Counties Electrical Workers Health & Welfare Trust Fund, Et Al.
*Defendant:* Cameron Electric & Lighting Design, et al.

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C-07-4111VRW |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case; Civil Case Cover Sheet; First Amended Complaint & Request for Jury Trial; Order Setting Initial Case Management Conference & Case Management Conference Order; ECF Registration Information; Welcome to the U.S. District Court Information Sheet; Notice of Availability of Magistrate Judge.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Wed., Aug. 22, 2007
   b. Place of Mailing:        Petaluma, Ca 94975
   c. Addressed as follows:    Zachary Alan Cameron, an Individual
                               2412-3rd Street
                               Napa, Ca 94559

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Aug. 22, 2007 in the ordinary course of business.

5. *Person Serving:*                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Ioanna Asimos                         d. *The Fee for Service was:* $65.00
   b. Legal Express Limited                 e. I am: (3) registered California process server
      P.O. Box 808001                              (i)   Independent Contractor
      Petaluma, Ca 94975                           (ii)  Registration No.:    115
   c. 707 765-6765, FAX 707-765-6762               (iii) County:              Marin

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Aug. 22, 2007

*Judicial Council Form POS-010*                 **PROOF OF SERVICE**                  (Ioanna Asimos)
Rule 982.9.(a)&(b) Rev January 1, 2007              **By Mail**                                          *neyhart.141551*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Neyhart, Anderson, Flynn & Grosboll<br>44 Montgomery Street, Suite 2080<br>San Francisco, Ca 94104 | | | | |
| Telephone No: 415-677-9440   FAX: No: 415-677-9445 | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | | | |
| Plaintiff: Solano & Napa Counties Electrical Workers Health & Welfare Trust Fund, Et Al | | | | |
| Defendant: Cameron Electric & Lighting Design, et al. | | | | |
| **Due Diligence**<br>Summons in a Civil Case | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C-07-4111VRW |

1. I, Evan Dresser, and any employee or independent contractors retained by Legal Express Limited are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Zachary Alan Cameron, an Individual as follows:

2. **Documents:** Summons In A Civil Case; Civil Case Cover Sheet; First Amended Complaint & Request For Jury Trial; Order Setting Initial Case Management Conference & Case Management Conference Order; Ecf Registration Information; Welcome To The U.S. District Court Information Sheet; Notice Of Availability Of Magistrate Judge..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 08/17/07 | 3:10pm | Business | Subject not there at this time.; Attempt made by: Evan Dresser. Attempt at: 2412-3rd Street Napa Ca 94559. |
| Mon | 08/20/07 | 12:05pm | Business | Subject not there at this time.; Attempt made by: Evan Dresser. Attempt at: 2412-3rd Street Napa Ca 94559. |
| Tue | 08/21/07 | 1:20pm | Business | Substituted Service effected by leaving copy of the document(s) with; Karen Kaiser, administrative assistant. Attempt made by: Evan Dresser. Attempt at: 2412-3rd Street Napa Ca 94559. |

3. Person Executing
   a. Evan Dresser
   b. Legal Express Limited
      P.O. Box 808001
      Petaluma, Ca 94975
   c. 707 765-6765, FAX 707-765-6762

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. *The Fee for service was:* $65.00
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   P168
      (iii) County:   Sonoma

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

   *(signature)* (Evan Dresser)

Date: Wed, Aug. 22, 2007        **Due Diligence**        neyhart.141551