William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH & WELFARE TRUST; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CAMERON ELECTRIC & LIGHTING DESIGN, a sole proprietorship; et al., <br><br> Defendants. | Case No.  C-07-4111 VRW <br><br> **REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS ZACHARY ALAN CAMERON & CAMERON ELECTRIC & LIGHTING DESIGN** <br><br> [F.R.C.P. Rule 55(a)] |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH & WELFARE TRUST; SOLANO & NAPA COUNTIES ELECTRICAL WORKERS LABOR & MANAGEMENT COMMITTEE; I.B.E.W. LOCAL 180 JOINT APPRENTICESHIP TRAINING TRUST FUND; SOLANO AND NAPA COUNTIES ELECTRICAL WORKERS PENSION TRUST FUND; SOLANO & NAPA COUNTIES ELECTRICAL WORKERS PROFIT SHARING PLAN; LOCAL 180 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; and, DAN BROADWATER, as Trustee of the Plaintiff Trusts and Co-

chair of the Committee, hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendant ZACHARY ALAN CAMERON and Defendant CAMERON ELECTRIC & LIGHTING DESIGN, on the ground that said Defendants have failed to appear or otherwise respond to the Summons and Complaint within the time prescribed by the Federal Rules of Civil Procedure.

Plaintiffs served the Summons and Complaint on Defendant ZACHARY ALAN CAMERON on August 21, 2007 as evidenced by the Proofs of Service of Summons and Complaint filed with this Court.

Plaintiffs served the Summons and Complaint on Defendant CAMERON ELECTRIC & LIGHTING DESIGN on August 21, 2007 as evidenced by the Proofs of Service of Summons and Complaint filed with this Court.

The above-stated facts are set forth in the accompanying Declaration of Scott M. De Nardo, filed herewith.

Respectfully Submitted,

Dated: 9/12/2007

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
SCOTT M. De NARDO
Attorneys for Plaintiffs

PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On September 12, 2007, I served the within:

**REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS ZACHARY ALAN CAMERON & CAMERON ELECTRIC & LIGHTING DESIGN**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

ZACHARY ALAN CAMERON
2412 3rd Street
Napa, CA 94559

CAMERON ELECTRIC & LIGHTING DESIGN
2412 3rd Street
Napa, CA 94559

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 12, 2007, at San Francisco, California.

Judy Dunworth

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

-3-

REQUEST TO ENTER DEFAULT [F.R.C.P. Rule 55(a)]
Case No. C-07-4111 VRW