William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email:  sdenardo@neyhartlaw.com

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (San Francisco Division)

SOLANO & NAPA COUNTIES
ELECTRICAL WORKERS HEALTH &
WELFARE TRUST; et al.,

Plaintiffs,

vs.

CAMERON ELECTRIC & LIGHTING
DESIGN, a sole proprietorship; et al.,

Defendants.

Case No.   C-07-4111 VRW

**DECLARATION OF SCOTT M. DE
NARDO IN SUPPORT OF REQUEST TO
ENTER DEFAULT AGAINST
DEFENDANTS ZACHARY ALAN
CAMERON & CAMERON ELECTRIC
& LIGHTING DESIGN**

[F.R.C.P. Rule 55(a)]

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-1-

De NARDO DCN I/S/O REQUEST TO ENTER DEFAULT AGAINST DEF. CAMERON & CAMERON ELECTRIC
Case No. C-07-4111 VRW

## DECLARATION OF SCOTT M. DE NARDO

I, Scott M. De Nardo, declare and state:

1.      I am the attorney for Plaintiffs in the above actions.

2.      A copy of the Summons and Complaint was served on Defendant ZACHARY ALAN CAMERON on August 21, 2007 in the above action.  See Docket No. 3 in Case No. C-07-4111 VRW.

3.      A copy of the Summons and Complaint was served on Defendant CAMERON ELECTRIC & LIGHTING DESIGN on August 21, 2007 in the above action.  See Docket No. 4 in Case No. C-07-4111 VRW.

4.      Service having been completed and the extension period having elapsed without an answer or other responsive pleading, Plaintiffs respectfully request the Court to enter default.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Dated this _____ day of September, 2007 at San Francisco, California.

SCOTT M. De NARDO

De NARDO DCN I/S/O REQUEST TO ENTER DEFAULT AGAINST DEF. CAMERON & CAMERON ELECTRIC
Case No. C-07-4111 VRW

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104.  On September 1_, 2007, I served the within:

**DECLARATION OF SCOTT M. DE NARDO IN SUPPORT OF REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS ZACHARY ALAN CAMERON & CAMERON ELECTRIC & LIGHTING DESIGN**

on the parties in said cause following our business practice, with which I am readily familiar.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.  I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

ZACHARY ALAN CAMERON
2412 3rd Street
Napa, CA 94559

CAMERON ELECTRIC & LIGHTING DESIGN
2412 3rd Street
Napa, CA 94559

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 1_, 2007, at San Francisco, California.

Judy Dunworth

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW