**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 28, 2007

RE:  CV 07-04111 VRW     SOLANO AND NAPA COUNTIES ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND-v- CAMERON ELECTRIC AND LIGHTING DESIGN

Default is entered as to defendants, Zachary Alan Cameron and Cameron Electric & Lighting Design on September 28, 2007.


RICHARD W. WIEKING, Clerk

*Gwen S. Agid*
by Gwen Agid
Case Systems Administrator

NDC TR-4  Rev. 3/89