William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CAMERON ELECTRIC & LIGHTING DESIGN, a sole proprietorship; ZACHARY ALAN CAMERON, its owner; CAMERON ELECTRIC dba CAMERON ELECTRIC & LIGHTING DESIGN,<br><br>Defendants. | Case No. C-07-4111 VRW<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST, re: CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:       November 20, 2007<br>Time:       9:00 p.m.<br>Location:   450 Golden Gate Avenue<br>            San Francisco, CA 94102<br>Courtroom: 6, 17th Floor<br>Judge:      Hon. Vaughn R. Walker |

1
2    Pursuant to Local Rule 7-10(b), Plaintiffs hereby respectfully request this Court to move
3 the Case Management Conference it set in its Clerk's Notice Scheduling Case Management
4 Conference, dated August 9, 2007 [Docket Doc. #2] set for Tuesday, November 20, 2007 at 9:00
5 a.m. in the above-caption action to 9:00 a.m. on Tuesday, February 19, 2008 because Default has
6 been entered on September 28, 2007 [See Docket Doc. #7]. The Defendants have agreed to settle
7 their outstanding delinquency so it appears that a Motion for Default Judgment will be
8 unnecessary. If the Defendants fail to settle this dispute prior to the February 2008 Case
9 Management Conference, the Plaintiffs will then file for Default Judgment.
10
11 Dated: 11/12/2007                            Respectfully submitted,
12
13
14                                              SCOTT M. DE NARDO
                                                Attorneys for Plaintiffs
15
16 IT IS SO ORDERED.
17 Dated: _____
18                                              _____
                                                U.S. District Court Judge
19
20
21
22
23
24
25
26
27
28

<u>PROOF OF SERVICE BY MAIL</u>

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On November 12, 2007, I served the within:

**MISCELLANEOUS ADMINISTRATIVE REQUEST RE: CASE MANAGEMENT CONFERENCE**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

CAMERON ELECTRIC & LIGHTING DESIGN
2412 3rd Street
Napa, CA 94559

ZACHARY ALAN CAMERON
2412 3rd Street
Napa, CA 94559

CAMERON ELECTRIC dba CAMERON ELECTRIC & LIGHTING DESIGN
2412 3rd Street
Napa, CA 94559

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 12, 2007, at San Francisco, California.

_____
Scott M. De Nardo

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-3-

MISCELLANEOUS ADMISTRATIVE REQUEST, re: Case Management Conference
Case No. C 07-4111 VRW