William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CAMERON ELECTRIC & LIGHTING DESIGN, a sole proprietorship; ZACHARY ALAN CAMERON, its owner; CAMERON ELECTRIC dba CAMERON ELECTRIC & LIGHTING DESIGN, <br><br> Defendants. | Case No.  C-07-4111 VRW <br><br> **MISCELLANEOUS ADMINISTRATIVE REQUEST, re:  CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** <br><br> Date:  November 20, 2007 <br> Time:  9:00 p.m. <br> Location:  450 Golden Gate Avenue <br>                San Francisco, CA 94102 <br> Courtroom:  6, 17th Floor <br> Judge:  Hon. Vaughn R. Walker |

     Pursuant to Local Rule 7-10(b), Plaintiffs hereby respectfully request this Court to move the Case Management Conference it set in its Clerk's Notice Scheduling Case Management Conference, dated August 9, 2007 [Docket Doc. #2] set for Tuesday, November 20, 2007 at 9:00 a.m. in the above-caption action to ~~9:00 a.m. on Tuesday, February 19, 2008~~ Thursday, February 21, 2008 at 3:30 p.m. because Default has been entered on September 28, 2007 [See Docket Doc. #7]. The Defendants have agreed to settle their outstanding delinquency so it appears that a Motion for Default Judgment will be unnecessary. If the Defendants fail to settle this dispute prior to the February 2008 Case Management Conference, the Plaintiffs will then file for Default Judgment.

Dated: 11/12/2007

Respectfully submitted,

SCOTT M. DE NARDO
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: Nov. 14, 2007



GRANTED
Judge Vaughn R Walker
United States District Court
Northern District of California

PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On November 12, 2007, I served the within:

**MISCELLANEOUS ADMINISTRATIVE REQUEST RE: CASE MANAGEMENT CONFERENCE**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

CAMERON ELECTRIC & LIGHTING DESIGN
2412 3rd Street
Napa, CA 94559

ZACHARY ALAN CAMERON
2412 3rd Street
Napa, CA 94559

CAMERON ELECTRIC dba CAMERON ELECTRIC & LIGHTING DESIGN
2412 3rd Street
Napa, CA 94559

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 12, 2007, at San Francisco, California.

_____
Scott M. De Nardo

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-3-

MISCELLANEOUS ADMISTRATIVE REQUEST, re: Case Management Conference
Case No. C 07-4111 VRW