IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiff, <br><br> v. <br><br> CAMERON ELECTRIC & LIGHTING DESIGN, et al., <br><br> Defendant. <br> _____/ | No. C 07-4111 VRW <br><br> **CLERK'S NOTICE** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Case Management Conference currently scheduled for February 21, 2008 has been **continued to Thursday, March 27, 2008 at 3:30 p.m.** To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10. Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: February 13, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Cora Klein, Courtroom Deputy Clerk to
Chief Judge Vaughn Walker