William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CAMERON ELECTRIC & LIGHTING DESIGN, a sole proprietorship; ZACHARY ALAN CAMERON, its owner; CAMERON ELECTRIC dba CAMERON ELECTRIC & LIGHTING DESIGN,<br><br>Defendants. | Case No. C-07-4111 VRW<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST, re: CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:       March 27, 2008<br>Time:      3:30 p.m.<br>Location:  450 Golden Gate Avenue<br>                San Francisco, CA94102<br>Courtroom: 6, 17th Floor<br>Judge:     Hon. Vaughn R. Walker |

Pursuant to Local Rule 7-10(b), Plaintiffs hereby respectfully request this Court vacate the Case Management Conference it set for March 27, 2008 at 3:30 p.m. pursuant to the Clerk's Notice, dated February 13, 2008 [Docket Doc. #10] because a Motion for Default Judgment has been concurrently filed herewith and is calendared for April 10, 2008 at 2:30 p.m.

Dated: Feb 19, 2008

Respectfully submitted,

_____
SCOTT M. DE NARDO
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: _____

_____
U.S. District Court Judge

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On February 19, 2008, I served the within:

**MISCELLANEOUS ADMINISTRATIVE REQUEST RE: CASE MANAGEMENT CONFERENCE**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

CAMERON ELECTRIC & LIGHTING DESIGN
2412 3rd Street
Napa, CA 94559

ZACHARY ALAN CAMERON
2412 3rd Street
Napa, CA 94559

CAMERON ELECTRIC dba CAMERON ELECTRIC & LIGHTING DESIGN
2412 3rd Street
Napa, CA 94559

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 19, 2008, at San Francisco, California.

_____
Judy Dunworth