William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CAMERON ELECTRIC & LIGHTING DESIGN, a sole proprietorship; ZACHARY ALAN CAMERON, its owner; CAMERSON ELECTRIC dba CAMERON ELECTRIC & LIGHTING DESIGN, <br><br> Defendants. | Case No.   C-07-04111 VRW <br><br> **NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CAMERON ELECTRIC & LIGHTING DESIGN AND ZACHARY ALAN CAMERON** <br><br> [F.R.C.P. Rule 55(a)] <br><br> Date:         April 10, 2008 <br> Time:         2:30 p.m. <br> Courtroom: 6, 17th Floor <br> Location:    450 Golden Gate Avenue <br>                    San Francisco, CA 94102 <br> Judge:  Chief Judge Vaughn R. Walker |

PLEASE TAKE NOTICE that on Thursday, April 10, 2008 at 2:30 p.m., or as soon thereafter as this matter may be heard before U.S. District Court Chief Judge Vaughn R. Walker, in Courtroom 6 on the 17th Floor at the U.S. District Courthouse, 450 Golden Gate Avenue located in San Francisco, California 94102, Plaintiffs SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; SOLANO & NAPA COUNTIES ELECTRICAL WORKERS LABOR & MANAGEMENT COMMITTEE: I.B.E.W. LOCAL 180 JOINT APPRENTICESHIP TRAINING TRUST FUND; SOLANO AND NAPA COUNTIES ELECTRICAL WORKERS PENSION TRUST FUND; SOLANO & NAPA COUNTIES ELECTRICAL WORKERS PROFIT SHARING PLAN; LOCAL 180 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; and, DAN BROADWATER, as Trustee of the Plaintiff Trusts, Co-chair of the Committee, and Business Manager/Financial Secretary of I.B.E.W. Local 180 (hereinafter collectively referred to as the "Plaintiffs", "Trusts" or "Funds") will move this court for default judgment against Defendants CAMERON ELECTRIC & LIGHTING DESIGN, a sole proprietorship; ZACHARY ALAN CAMERON, its owner; and, CAMERON ELECTRIC dba CAMERON ELECTRIC & LIGHTING DESIGN in the amount of $68,807.74.

The motion is supported by the Points and Authorities filed herewith, the Declarations of Mark H. Lipton and Scott M. De Nardo filed herewith and the entire file in this action. Default against Defendants CAMERON ELECTRIC & LIGHTING DESIGN and ZACHARY ALAN CAMERON was entered on September 28, 2007.

Judgment is sought against Defendants CAMERON ELECTRIC & LIGHTING DESIGN and ZACHARY ALAN CAMERON, joint and several, pursuant to a collective bargaining agreement and 29 U.S.C. § 1132(g) in the amount of $68,807.74.

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-2-

NOTICE OF MOTION FOR DEFAULT JUDGMENT
Case No. C-07-4111 VRW

Dated: February 19, 2008

Respectfully submitted,

NEYHART, ANDERSON,
FLYNN & GROSBOLL

By: _____
Scott M. De Nardo
Attorneys for Plaintiffs

-3-

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On February 19, 2008, I served the within:

**NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CAMERON ELECTRIC & LIGHTING DESIGN AND ZACHARY ALAN CAMERON**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

CAMERON ELECTRIC & LIGHTING DESIGN
2412 3rd Street
Napa, CA 94559

ZACHARY ALAN CAMERON
2412 3rd Street
Napa, CA 94559

CAMERON ELECTRIC dba CAMERON ELECTRIC & LIGHTING DESIGN
2412 3rd Street
Napa, CA 94559

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 19, 2008, at San Francisco, California.

*/s/ Judy Dunworth*
Judy Dunworth