William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND; et al., | Case No.  C-07-04111 VRW |
| Plaintiffs, | **DECLARATION OF MARK H. LIPTON IN SUPPORT OF POINTS AND AUTHORITES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CAMERON ELECTRIC & LIGHTING DESIGN AND ZACHARY ALAN CAMERON** |
| vs. | |
| CAMERON ELECTRIC & LIGHTING DESIGN, a sole proprietorship; ZACHARY ALAN CAMERON, its owner; CAMERSON ELECTRIC dba CAMERON ELECTRIC & LIGHTING DESIGN, | [F.R.C.P. Rule 55(a)] |
| Defendants. | Date:        April 10, 2008<br>Time:        2:30 p.m.<br>Courtroom: 8, 4th Floor<br>Location:    280 South First Street<br>                San Jose, CA 95113<br>Judge:  Hon. James Ware |

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-1-

## DECLARATION OF MARK H. LIPTON

I, MARK H. LIPTON, declare and state:

1.    I am an attorney at law, licensed to practice before all of the courts of the State of California and a member of the bar of this Court. I am not a party to this action. I am employed by the Solano-Napa Counties Electrical Workers' Pension Plan, which serves as collection and disbursement agent for all of the above trusts as well as the other funds listed as Plaintiffs in this action, as Trust counsel. My duties include overseeing the collection of delinquent employer contributions accruing based on obligations Defendants CAMERON ELECTRIC & LIGHTING DESIGN and ZACHARY ALAN CAMERON incurred under collective bargaining agreements to which Cameron was signatory. (*See* Letter of Assents attached to the Complaint as Exhibits "A" and "B"). Those agreements are the Residential Agreement – Northern California Bay to the Borders Agreement and the Inside Construction Agreement (also known as the Inside Wireman's Agreement). (*See* collective bargaining agreements, respectively attached to the Complaint as Exhibits "C" and "D"). I make the following declaration based upon my knowledge, except as to those matters which are herein stated on information and belief, and as to those matters, I believe them to be true. If called as a witness, I can and would testify competently thereto.

2.    Under the various Solano-Napa Counties Electrical Workers' Trust Agreements (Health and Welfare, Pension, Joint Apprenticeship and Training) to which Defendant ZACHARY ALAN CAMERON, individually and dba CAMERON ELECTRIC & LIGHTING DESIGN (hereinafter collectively referred to as "Cameron") agreed to be bound, late payments are subject to a liquidated damages charge. This charge is equal to 10% of all contributions that are delinquent. Payments are due postmarked on or before the 15th of the month following the month when the work was performed. Payments are deemed delinquent if both the Employer's Report of

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-2-

LIPTON DCN I/S/O MOTION FOR DEFAULT JUDGMENT AGAINST DEFS. CAMERON ELECT. & CAMERSON
Case No. C-07-04111 VRW

Contribution ("ERC" or "transmittal") and contributions owed thereupon are not postmarked on or before the 15th of each month for all work performed in the preceding month. Liquidated damages are increased to 20% upon referral to collection counsel. The funds are also entitled to interest on unpaid principal. In order to expedite the computation of the damages owed in this case and obtain a Judgment as expeditiously as possible, the final damages figure in paragraph six below only calculates liquidated damages at 10% and does not include any pre-judgment interest. This results in a savings to the Defendants.

3.    Commencing on or before January 1, 2007, I began interfacing directly with Mr. Zachary Cameron as well as his independent bookkeeper, Ms. Lorraine McCreedy. At that time Cameron was significantly behind in fringe benefit contribution payments under the Residential Agreement – Northern California Bay to the Borders Agreement (attached as Exhibit C to the Complaint) as well as the Inside Wireman's Agreement (attached as Exhibit D to the Complaint).

4.    By the end of September 2007, I had received all of Cameron's transmittals from January 1, 2007 through August 31, 2007. I then applied all credits based on payments made by Cameron to that time period. I also collected $19,000.00 from a third-party based on mechanic's lien. There was, at that time, $32,330.00 due on the Residential Agreement and $28,787.00 on the Inside Agreement. Total due was therefore $61,117.00 excluding liquidated damages and interest which were an additional $12,234.00. I then instructed Lorraine McCreedy to send me all transmittals thereafter directly.

5.    The amounts that accrued thereafter were as follows based on transmittals sent me by Lorraine McCreedy.

Inside Wireman Agreement:

| | |
|---|---|
| October 2007 | $13,770.00 |
| November 2007 | $ 7,666.11 |
| December 2007 | $ 6,789.36 |

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-3-

LIPTON DCN I/S/O MOTION FOR DEFAULT JUDGMENT AGAINST DEFS. CAMERON ELECT. & CAMERSON
Case No. C-07-04111 VRW

Residential Agreement:
October 2007          $  4,000.49
November 2007         $  1,873.91

The total owed for October 2007 through December 2007 reporting period was therefore

$34,099.87.  The total accrued for the year was $61,117.00 + $34,099.87 = $95,216.87.  I have

collected since then $15,419.95 from D.A. Pope and $25,508 from Peacock Construction, both

general contractors.  There was also an additional $6,819.80 of liquidated damages due.

        6.      As of December 31, 2007 the balance still due and owing on unpaid contributions,

excluding liquidated damages and interest, was $54,288.92 and liquidated damages were

$9,526.50 using the ten percent rate, instead of twenty percent allowed per the agreements.  The

liquidated damage figure is greater than twenty percent of the outstanding principal because of the

various third-party amounts described above that have been applied to delinquent principal

amounts.  (A true and correct copy of the transmittals from July 2007 through December 2007 are

attached hereto as Exhibit "A").  Cameron also owes additional attorneys fees and costs as

itemized in the Declaration of Scott M. De Nardo, filed concurrently herewith.  This amount

captures only what is currently known to be owing as of December 31, 2007 and does not include

any unknown, additional sums, such as additional hours based upon January hours.

        7.      On February 13, 2008, I conducted a search of the United States Servicemembers

Civil Relief Act database, located at the following website and determined that Defendant Zachary

Camerson is not an active duty service member:  https://www.dmdc.osd.mil/scra/owa/home.

Furthermore, based upon my prior conversations with Cameron, he is neither an infant nor

incompetent.

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-4-

LIPTON DCN I/S/O MOTION FOR DEFAULT JUDGMENT AGAINST DEFS. CAMERON ELECT. & CAMERSON
Case No. C-07-04111 VRW

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct. Executed this 19th day of February 2008 at Roseville, California.

3

4                                                   _Marke H Lipton_

5                                                   MARK H. LIPTON

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-5-

LIPTON DCN I/S/O MOTION FOR DEFAULT JUDGMENT AGAINST DEFS. CAMERON ELECT. & CAMERSON
Case No. C-07-04111 VRW

EXHIBIT A

Page 1 of 1

## Local 180 Solano Napa Inside Wiremen
### Employee Benefits Report

| Print |

Employer's Name, Address and Identification Number:

meron Electric
l2 3Rd St
pa CA 94559
ployer ID #0180/W1500

Mail this transmittal along with payment to:
Local 180 Solano Napa Inside Wiremen
PO Box 1320
Suisun City, CA 94585

Employer's Federal Reg. No.:
56-7592445

Total Number of Employees
Employed This Period:
6

/2007 ← This report covers all Payroll Periods
ending during the Month Shown

NECA Member: No

| SSN | Last Name | First Name | Class | 401a Rate | VEBA Rate | Clock Hours | Reduced Gross Wages | Total Gross | Hourly Wage Rate | Vac/Dues |
|---|---|---|---|---|---|---|---|---|---|---|
| 615 Brazil | | Rick | 51 | A | 1 | 74.5 | $2,973.16 | $2,973.16 | $20.02 | $193.29 |
| 032 Buxton | | Bmadon | 48 | A | 1 | 177 | $3,874.39 | $3,874.39 | $18.84 | $255.86 |
| 688 Glaze | | Josh | FM | C | 1 | 79.5 | $3,357.15 | $3,595.65 | $41.16 | $231.64 |
| 557 Leon-Guerreron | | Steven | JM | C | 1 | 142 | $5,147.50 | $5,573.50 | $36.25 | $382.81 |
| 489 Pirozzi | | Dario | JM | A | 2 | 193 | $7,529.54 | $7,722.54 | $38.25 | $501.95 |
| 43 Triola | | Paul | FM | C | 2 | 141 | $5,742.08 | $6,306.08 | $40.16 | $408.56 |
| | | | | Totals → | | 807 | $28,423.84 | $29,845.34 | | $1,952.11 |

NATIONAL ELECTRICAL BENEFIT FUND = 3% OF GROSS EARNINGS
ke check payable to NEBF and mail with 2 copies) to;
RTHERN CALIFORNIA CHAPTER, NECA
) Village Parkway
in, CA 94588

→   $895.36

| For Administrator's Use Only | | |
|---|---|---|
| Vacation/Dues | (0.08 + $0.20) | $1,952.11 |
| Health Insurance | ($10.11) | $8,158.78 |
| Pension DB | ($4.25) | $2,677.51 |
| Appr./Training | ($0.88) | $554.40 |
| LMCC | ($0.15) | $121.06 |
| NLMCC | ($0.01) | $8.08 |
| CAF | (0.0133) | $396.84 |
| ECT | (0.01) | $298.46 |
| 401(a) | (Variable) | $1,213.50 |
| VEBA | (Variable) | $334.00 |
| Total Due → | | $15,714.84 |

*July Inside*

.port

# Bay to the Borders Residential Agreement
### Employee Benefits Report

| Print |

Employer's Federal Reg. No.:
56-7592445

) Employer's Name, Address and Identification Number:

ameron Electric
3 Coombs Street
uite A-3
apa CA 94559
mployer ID #B2BRA3500

Mail this transmittal along with payment to:
Bay to the Borders Residential Agreement
PO Box 1320
Suisun City, CA 94556

Total Number of Employees
Employed This Period:
2

/31/2007 ← This report covers all Payroll Periods ending during the Month Shown

NECA Member: No

| SSN | Last Name | First Name | Class | County/Juris. Worked In | Clock Hours | Gross Wages | Hourly Wage Rate | Vac/Dues |
|---|---|---|---|---|---|---|---|---|
| ▉3496 | Hillman | Nathan | JM | Napa (180) | 175 | $4,759.04 | $27.04 | $320.54 |
| ▉5702 | Thompson | Wayne | 50 | Napa (180) | 156 | $2,824.23 | $13.52 | $200.65 |
| | | | | Totals → | 331 | $7,583.27 | | $521.19 |

| | 180 | | 340 | | 551 | | Totals |
|---|---|---|---|---|---|---|---|
| | | | For Administrator's Use Only | | | | |
| Vacation/Dues | (0.06 + $0.20) | $521.19 | (0.06 + $0.20) | $0.00 | (0.06 + $0.20) | $0.00 | $521.19 |
| Health Insurance | ($6.35) | $2,101.85 | ($6.35) | $0.00 | ($6.35) | $0.00 | $2,101.85 |
| Pension DB | ($1.25) | $413.75 | ($1.25) | $0.00 | ($1.25) | $0.00 | $413.75 |
| Appr./Training | ($0.68) | $225.08 | ($0.68) | $0.00 | ($0.68) | $0.00 | $225.08 |
| NEBF | (0.03) | $227.50 | (0.03) | $0.00 | (0.03) | $0.00 | $227.50 |
| LMCC | ($0.15) | $49.65 | ($0.15) | $0.00 | ($0.15) | $0.00 | $49.65 |
| NLMCC | ($0.01) | $3.31 | ($0.01) | $0.00 | ($0.01) | $0.00 | $3.31 |
| CAF | (0.01) | $75.83 | (0.01) | $0.00 | (0.01) | $0.00 | $75.83 |
| ECT | (0.01) | $75.83 | (0.01) | $0.00 | (0.01) | $0.00 | $75.83 |
| 401(s) | (Variable) | $0.00 | (Variable) | $0.00 | (Variable) | $0.00 | $0.00 |
| VEBA | (Variable) | $0.00 | (Variable) | $0.00 | (Variable) | $0.00 | $0.00 |
| | | | | | | Total Due → | $3,693.99 |

*July Residential*

## Local 180 Solano Napa Inside Wiremen
Employee Benefits Report

Print

| (8) Employer's Name, Address and Identification Number: | | Employer's Federal Reg. No.: |
|---|---|---|
| Cameron Electric | Mall this transmittal along with payment to: | 56-7592445 |
| 2412 3Rd St | Local 180 Solano Napa Inside Wiremen | Total Number of Employees |
| Napa CA 94559 | PO Box 1320 | Employed This Period: |
| Employer ID #0180IW1500 | Suisun City, CA 94585 | 4 |

8/31/2007 ← This report covers all Payroll Periods ending during the Month Shown

NECA Member: No

| SSN | Last Name | First Name | Class | 401a Rate | VEBA Rate | Clock Hours | Reduced Gross Wages | Total Gross | Hourly Wage Rate | Vac/Dues |
|---|---|---|---|---|---|---|---|---|---|---|
| 6032 | Buxton | Braden | 57 | B | 2 | 178 | $3,373.25 | $3,618.25 | $19.57 | $264.70 |
| 0457 | Leon-Guerrero | Steven | JM | C | 1 | 200 | $7,250.00 | $7,850.00 | $36.25 | $511.00 |
| 469 | Pirozzi | Dario | JM | A | 2 | 89 | $3,561.29 | $3,850.29 | $36.25 | $236.82 |
| 6143 | Triola | Paul | 51 | C | 2 | 157 | $6,305.12 | $6,933.12 | $16.02 | $447.39 |
|  |  |  |  | Totals → | | 624 | $20,489.66 | $22,251.66 | | $1,459.91 |

(12) NATIONAL ELECTRICAL BENEFIT FUND = 3% OF GROSS EARNINGS
(Make check payable to NEBF and mail with 2 copies) to:
NORTHERN CALIFORNIA CHAPTER, NECA
8300 Village Parkway
Dublin, CA 94588                                                        →        $667.55

| For Administrator's Use Only | | |
|---|---|---|
| Vacation/Dues | (0.08 + $0.20) | $1,459.91 |
| Health Insurance | ($10.11) | $6,308.64 |
| Pension DB | ($4.25) | $2,652.00 |
| Appr./Training | ($0.88) | $549.12 |
| LMCC | ($0.15) | $93.60 |
| NLMCC | ($0.01) | $6.24 |
| CAF | (0.0133) | $295.95 |
| ECT | (0.01) | $222.51 |
| 401(a) | (Variable) | $1,482.60 |
| VEBA | (Variable) | $424.00 |
| Total Due → | | $13,474.77 |

Marana Benefits Report

# Bay to the Borders Residential Agreement
### Employee Benefits Report

| Print |

| (8) Employer's Name, Address and Identification Number: | | Employer's Federal Reg. No.: 56-7692445 |
|---|---|---|

Cameron Electric
68 Coombs Street
Suite A-3
Napa CA 94559
Employer ID #B2BRA3500

Mail this transmittal along with payment to:
**Bay to the Borders Residential Agreement**
**PO Box 1330**
**Suisun City, CA 94585**

Total Number of Employees Employed This Period:
2

8/31/2007  ← This report covers all Payroll Periods ending during the Month Shown

NECA Member: No

| SSN | Last Name | First Name | Class | County/Juris. Worked In | Clock Hours | Gross Wages | Hourly Wage Rate | Vac/Dues |
|---|---|---|---|---|---|---|---|---|
| 3496 | Hillman | Nathan | JM | Napa (180) | 67 | $1,811.68 | $27.04 | $122.10 |
| 5702 | Thompson | Wayne | 50 | Napa (180) | 248.5 | $5,338.94 | $13.52 | $370.04 |
| | | | | Totals → | 315.5 | $7,150.62 | | $492.14 |

| | For Administrator's Use Only | | | | | | |
|---|---|---|---|---|---|---|---|
| | 180 | | 340 | | 551 | | Totals |
| Vacation/Dues | (0.06 + $0.20) | $492.14 | (0.06 + $0.20) | $0.00 | (0.06 + $0.20) | $0.00 | $492.14 |
| Health Insurance | ($6.35) | $2,003.43 | ($6.35) | $0.00 | ($6.35) | $0.00 | $2,003.43 |
| Pension DB | ($1.25) | $394.38 | ($1.25) | $0.00 | ($1.25) | $0.00 | $394.38 |
| Appr./Training | ($0.68) | $214.54 | ($0.68) | $0.00 | ($0.68) | $0.00 | $214.54 |
| NEBF | (0.03) | $214.52 | (0.03) | $0.00 | (0.03) | $0.00 | $214.52 |
| LMCC | ($0.15) | $47.33 | ($0.15) | $0.00 | ($0.15) | $0.00 | $47.33 |
| NLMCC | ($0.01) | $3.16 | ($0.01) | $0.00 | ($0.01) | $0.00 | $3.16 |
| CAF | (0.01) | $71.51 | (0.01) | $0.00 | (0.01) | $0.00 | $71.51 |
| ECT | (0.01) | $71.51 | (0.01) | $0.00 | (0.01) | $0.00 | $71.51 |
| 401(a) | (Variable) | $0.00 | (Variable) | $0.00 | (Variable) | $0.00 | $0.00 |
| VEBA | (Variable) | $0.00 | (Variable) | $0.00 | (Variable) | $0.00 | $0.00 |
| | | | | | | Total Due → | $3,512.52 |

Marana Benefits Report

## Local 180 Solano Napa Inside Wiremen
### Employee Benefits Report

[ Print ]

| (8) Employer's Name, Address and Identification Number: | Mail this transmittal along with payment to: Local 180 Solano Napa Inside Wiremen PO Box 1320 Suisun City, CA 94585 | Employer's Federal Reg. No.: 56-7592445 |
|---|---|---|
| Cameron Electric 2412 3Rd St Napa CA 94559 Employer ID #0180IW1500 | | Total Number of Employees Employed This Period: 3 |
| 9/30/2007 ← This report covers all Payroll Periods ending during the Month Shown | | NECA Member: No |

| SSN | Last Name | First Name | Class | 401a Rate | VEBA Rate | Clock Hours | Reduced Gross Wages | Total Gross | Hourly Wage Rate | Vac/Dues |
|---|---|---|---|---|---|---|---|---|---|---|
| 3032 | Buxton | Bradon | 57 | B | 2 | 114 | $2,074.58 | $2,359.56 | $19.87 | $164.37 |
| 0457 | Leon-Guerreron | Steven | JM | C | 1 | 196.5 | $7,250.72 | $7,840.22 | $36.25 | $509.71 |
| 6143 | Triola | Paul | 51 | C | 2 | 148 | $5,943.68 | $6,535.68 | $16.02 | $421.74 |
| | | | | | Totals → | 458.5 | $15,268.98 | $16,735.46 | | $1,095.82 |

| (12) NATIONAL ELECTRICAL BENEFIT FUND = 3% OF GROSS EARNINGS (Make check payable to NEBF and mail with 2 copies) to: NORTHERN CALIFORNIA CHAPTER, NECA 6300 Village Parkway Dublin, CA 94568 | → | $502.06 |
|---|---|---|

| For Administrator's Use Only | | |
|---|---|---|
| Vacation/Dues | (0.06 + $0.20) | $1,095.82 |
| Health Insurance | ($10.11) | $4,635.43 |
| Pension DB | ($4.25) | $1,948.85 |
| Appr./Training | ($0.88) | $403.48 |
| LMCC | ($0.15) | $68.78 |
| NLMCC | ($0.01) | $4.59 |
| CAF | (0.0133) | $222.57 |
| ECT | (0.01) | $167.36 |
| 401(a) | (Variable) | $1,296.20 |
| VEBA | (Variable) | $262.00 |
| Total Due → | | $10,104.86 |

Marana Benefits Report                                                    Page 1 of 1

# Bay to the Borders Residential Agreement
### Employee Benefits Report

Print

(8) Employer's Name, Address and Identification Number:

Cameron Electric
88 Coombs Street
Suite A-3
Napa CA 94559
Employer ID #B2BRA3500

**Employer's Federal Reg. No.:**
58-7592445

Mail this transmittal along with payment to:
Bay to the Borders Residential Agreement
PO Box 1328
Suisun City, CA 94585

**Total Number of Employees Employed This Period:**
2

9/30/7  This report covers all Payroll Periods ending during the Month Shown

**NECA Member: No**

| SSN | Last Name | First Name | Class | County/Juris. Worked In | Clock Hours | Gross Wages | Hourly Wage Rate | Vac/Dues |
|-----|-----------|-----------|-------|------------------------|-------------|-------------|------------------|----------|
| 3496 | Hillman | Nathan | JM | Napa (180) | 147.50 | 4150.64 | $27.04 | 273.34 |
| 702 | Thompson | Wayne | 50 | Napa (180) | 129.50 | 2588.09 | $13.52 | 180.77 |
| | | | Totals → | | 276 | 6738.72 | | 459.11 |

For Administrator's Use Only

| | 180 | | 340 | | 551 | | Totals |
|---|-----|---|-----|---|-----|---|--------|
| Vacation/Dues | (0.06 - $0.20) | $492.14 | (0.06 + $0.20) | $0.00 | (0.06 + $0.20) | $0.00 | 459.11 |
| Health Insurance | ($8.35) | $2,003.43 | ($6.35) | $0.00 | ($6.35) | $0.00 | - 1526.60 |
| Pension DB | ($1.25) | $394.38 | ($1.25) | $0.00 | ($1.25) | $0.00 | 345.04 |
| Appr./Training | ($0.68) | $214.54 | ($0.68) | $0.00 | ($0.68) | $0.00 | 187.68 |
| NEBF | (0.03) | $214.52 | (0.03) | $0.00 | (0.03) | $0.00 | 8.28 |
| LMCC | ($0.15) | $47.33 | ($0.15) | $0.00 | ($0.15) | $0.00 | 41.40 |
| NLMCC | ($0.01) | $3.16 | ($0.01) | $0.00 | ($0.01) | $0.00 | 2.76 |
| CAF | (0.01) | $71.51 | (0.01) | $0.00 | (0.01) | $0.00 | 67.32 |
| ECT | (0.01) | $71.51 | (0.01) | $0.00 | (0.01) | $0.00 | 67.32 |
| 401(a) | (Variable) | $0.00 | (Variable) | $0.00 | (Variable) | $0.00 | $0.00 |
| VEBA | (Variable) | $0.00 | (Variable) | $0.00 | (Variable) | $0.00 | $0.00 |

**Total Due →**  $2931.41

Marana Benefits Report

## Local 180 Solano Napa Inside Wiremen
### Employee Benefits Report

Print

(8) Employer's Name, Address and Identification Number:

Cameron Electric
2412 3Rd St
Napa CA 94559
Employer ID #0180IW1500

10/31/2007 ← This report covers all Payroll Periods
ending during the Month Shown

Mail this transmittal along with payment to:
Local 180 Solano Napa Inside Wiremen
**PO Box 1320**
**Suisun City, CA 94585**

Employer's Federal Reg. No.:
56-7592445

Total Number of Employees
Employed This Period:
3

NECA Member: No Yes

| SSN | Last Name | First Name | Class | 401a Rate | VEBA Rate | Clock Hours | Reduced Gross Wages | Total Gross | Hourly Wage Rate | Vac/Dues |
|-----|-----------|-----------|-------|-----------|-----------|-------------|---------------------|-------------|------------------|----------|
| 3032 | Buxton | Bradon | 57 | B | 2 | 221 | $4,077.97 | $4,630.47 | $19.87 | $322.03 |
| 57 | Leon-Guerreron | Steven | JM | C | 1 | 194.5 | $7,197.84 | $7,781.34 | $36.25 | $505.78 |
| 143 | Triola | Paul | 51 | C | 2 | 176 | $7,068.16 | $7,772.16 | $16.02 | $501.53 |
| | | | | Totals → | | 591.5 | $18,343.97 | $20,183.97 | | $1,329.34 |

(12) NATIONAL ELECTRICAL BENEFIT FUND = 3% OF GROSS EARNINGS
(Make check payable to NEBF and mail with 2 copies) to:
NORTHERN CALIFORNIA CHAPTER, NECA
6300 Village Parkway
Dublin, CA 94568

→ $605.52

| For Administrator's Use Only | | |
|---|---|---|
| Vacation/Dues | (0.00 + $0.25) | $1,329.34 |
| Health Insurance | ($10.11) | $5,980.07 |
| Pension DB | ($4.25) | $2,513.88 |
| Appr./Training | ($0.88) | $520.52 |
| LMCC | ($0.15) | $88.72 |
| NLMCC | ($0.01) | $5.92 |
| CAF | (0.0100) | $266.45 |
| ECT | (0.01) | $201.83 |
| 401(a) | (Variable) | $1,561.30 |
| VEBA | (Variable) | $397.00 |
| **Total Due →** | | **$12,867.03** |

# BAY to the BORDERS
## *Residential Employee Benefits Report*

**This report and payment is due by the 15th of each Calendar Month**

| Employer's Name, Address and Identification Number | | Mail this transmittal along with payment to: | Employer's Federal Reg.No. | |
|---|---|---|---|---|
| Local 180 | Cameron Electric 2412 Third Street Napa, CA 94559 | **Bay to the Borders Residential Agreement P.O. Box 5057 San Jose, CA 95150** | Total Number of Employees Employed → This Period | |
| 10/2007 | ← This report covers all Payroll Periods ending during Month Shown | | NECA → Member | |

| SSN | Employee Last Name | Employee First Name | Class | County Worked In | Clock Hours | Gross Wages | Hourly Wage Rate | Vacation – Dues |
|---|---|---|---|---|---|---|---|---|
| | Hillman | Nate. | | Napa | 155 | 4258.80 | 27.04 | 286.53 |
| | Thompson | Wayne. | | Napa | 200 | 3786.84 | 18.84 | 267.23 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | TOTALS → | 355 | 8045.64 | | 553.76 |

Name: *Lorraine Maloy*  Title: *Bookkeeper*  Date: 11/18/7

|  | Rate | Total |
|---|---|---|
| Health Insurance | $6.35 / Hour | $ 2254.25 |
| JATC | $.68 / Hour | $ 241.40 |
| NEBF | 3% of Gross | $ 241.36 |
| Pension | $1.25 / Hour | $ 443.75 |
| LMCC | $.15 / Hour | $ 53.25 |
| National LMC | $.01 / Hour | $ 3.55 |
| Vacation/Dues | 6% of Gross + $.20 / Hour | $ 553.76 |
| CAF | 1% of Gross | $ 80.45 |
| ECT | 1% of Gross | $ 80.45 |
| NECA Dues | .06 | $ 48.27 |
| NEIF | | $ |
| | **TOTAL DUE** | **$ 4000.49** |

Cameron Electric
2412 Third Street
Napa, CA 94559

# International Brotherhood of Electrical Workers Local 180
## FRINGE BENEFIT REMITTANCE REPORT

**This report is due to the Administrator's office by the 15th of each month.**

☐ IF NO Employees covered by this Trust Agreement were employed this month, please enter an "X" in the box to the left, sign and return

| (1) Name of Company: | Cameron Electric | Employer's Federal ID | 56-7502445 | PLEASE MAIL MONTHLY BENEFITS CHECK AND |
|---|---|---|---|---|
| Address: | 2412 Third Street | | | A COPY OF THIS TRANSMITTAL TO: |
| | Napa, CA 94559 | Payroll Period: | | Local 180 Solano-Napa Electrical Workers |
| Phone: | (707) 224-4646 | ~~December 07~~ | | PO Box 1230    Suisun City, CA 94585-1230 |
| Email: | lpopcorn@sbcglobal.net | Nov 07 | | *Email the completed form to: EPR@IBEWLU180.org |
| | | Date: | 1/8/2008 | *Please now invoiced on check    S81200712 |

| | (2) | (3) | (4) | (5) | (6) | (7) | (6) | (9) | (10) | (11) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Secure | | Job | New Term | Total Clock | Gross | 401s | VEBA | Vac/Dues |
| | Name | SSN | Contract-Job Class | Dates | Date | Hours | Pay | Rate | Rate | |
| 1 | Buxton,Brandon W | 3092 | Inside-Inside Appr Period 5 | 07/01/07 12/31/07 | | 192.00 | 2,732.73 | 0.00 | 0.00 | 190.35 |
| 2 | Buxton,Brandon W | 3092 | Inside-Inside Appr Period 4 | 01/01/08 | | | | 0.00 | 0.00 | |
| 3 | Leon-Guerraro,Steven D | 0467 | Inside-Jm Inside Wireman | 04/11/07 | | 120.00 | 4,749.26 | 3.00 | 0.00 | 306.96 |
| 4 | Triola,Paul | 8143 | Inside-Inside Foreman | 08/28/06 | | 101.00 | 4,480.16 | 3.00 | 0.00 | 287.61 |
| 5 | Zimmer,Derrick M | 8792 | Inside-Jm Inside Wireman | 06/08/06 | | | | 0.00 | 0.00 | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

1/9/2008  10:38 AM

MPR Nov

# International Brotherhood of Electrical Workers Local 180
## FRINGE BENEFIT REMITTANCE REPORT

**This report is due to the Administrator's office by the 15th of each month.**

☐ IF NO Employees covered by this Trust Agreement were employed this month, please enter an "X" in the box to the left, sign and return

| (1) Name of Company: | Cameron Electric | Employer's Federal ID | PLEASE MAIL MONTHLY BENEFITS CHECK AND |
|---|---|---|---|
| Address: | 2412 Third Street | 56-7592445 | A COPY OF THIS TRANSMITTAL TO: |
| | Napa, CA 94559 | Payroll Period: | Local 180 Solano-Napa Electrical Workers |
| Phone: | (707) 224-4646 | December-07 | PO Box 1230   Suisun City, CA 94585-1230 |
| Email: | lpopcorn@sbcglobal.net | Nov 07 | *Email the completed form to: EPR@IBEWLU180.org |
| | | Date:   1/8/2008 | *Please note invoice# on check   561200712 |

| # | (2) Last Name | First Name | (3) Last 4 SSN | (4) Contract-Job Class | (5) Job Date | (6) New Term Date | (7) Total Hours | (8) Gross Pay | (9) 401a Rate | (10) VEBA Rate | (11) Vac/Dues |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 25 | | | | | | | | | | | |
| | **(12) TOTALS** | | | | | | 353.00 | 11,942.15 | | | 797.13 |

**(13) NATIONAL ELECTRICAL BENEFIT FUND = 3% OF GROSS EARNINGS**
Make check payable to "NEBF" and mail a copy of the remittance to:
NEBF   c/o NCC, NECA   6300 Village Parkway   Dublin CA 94568  →   $358.26

| NECA MEMBER y | **(14) NECA Service Charge = 0.6% of Gross Earnings** | |
|---|---|---|
| | Mail check payable to "Northern California Chapter, NECA" | |
| | and mail with a copy of the remittance to: | → $71.66 |
| | NCC, NECA   PO BOX 1230   SUISUN CITY CA   94585-1230 | |

| | |
|---|---|
| Health and Welfare | $3,568.83 |
| CATF | $158.84 |
| Pension DB | $1,500.25 |
| Dues | $716.63 |
| Vacation | $70.50 |
| JATC | $284.75 |
| Training | $45.86 |
| ECT | $119.42 |
| NLMCC | $3.63 |
| LMCC | $52.95 |
| 401(a) | $735.50 |
| VEBA | $0.00 |
| **TOTAL** | **$7,236.19** |

(15) The employer reporting herein recognizes that it is bound by the Restated Employees Benefit Agreement and Trust for the National Electrical Benefit Fund and agrees to make the required contributions to the Fund as provided by Section. The employer acknowledges having received a copy of the above Agreement. The employer certifies that the information contained in this report is a full and accurate statement of hours worked and wages earned of all employees subject to employer contributions (pursuant to Article II of the Agreement and it is either covering all such non-bargaining unit employees or salaried employees only, except those who may be excluded pursuant to Section 8.3 of the Agreement. The employer further certifies that if it is reporting on behalf of a related organization as defined in Article II of the Agreement, either all employees of the department or salaried employees only are covered, except those who may be excluded pursuant to Section 8.3 of the NEBF Agreement.

| (16) Signature | Title | Date |
|---|---|---|
| | | 1/8/2008 |

**(17) PLEASE MAIL MONTHLY BENEFITS CHECK AND A COPY OF THIS TRANSMITTAL TO:**
Local 180 Solano-Napa Electrical Workers
PO Box 1230   Suisun City, CA 94585-1230
*Please note invoice# on check    561200712  →

***Please Email the completed form to: EPR@IBEWLU180.org ***

1/8/2008 10:38 AM

MPR Nov

# BAY to the BORDERS
## *Residential Employee Benefits Report*

**This report and payment is due by the 15th of each Calendar Month**

| Employer's Name, Address and Identification Number | Mail this transmittal along with payment to: | Employer's Federal Reg.No. |
|---|---|---|
| Local 180 | Cameron Electric 2412 Third Street Napa, CA 94559 | Total Number of Employees Employed → This Period |
| Nov 2007 ← | This report covers all Payroll Periods ending during Month Shown | NECA → Member |

Mail to: **Bay to the Borders Residential Agreement P.O. Box 5067 San Jose, CA 95150**

| SSN | Employee Last Name | Employee First Name | Class | County Worked In | Clock Hours | Gross Wages | Hourly Wage Rate | Vacation – Dues |
|---|---|---|---|---|---|---|---|---|
| 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 | Hillman | Nathan | JW | Napa 180 | 34 | 946.40 | 27.04 | 63.58 |
| 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 | Thompson | Wayne | 50 | Napa 180 | 132.50 | 2548.11 | 13.52 | 178.28 |

TOTALS →

| Name | Title | Date |
|---|---|---|

Cameron Electric
2412 Third Street
Napa, CA 94559

| | Rate | Total |
|---|---|---|
| Health Insurance | $6.35 / Hour | $1057.21 |
| JATC | $.66 / Hour | $103.22 |
| NEBF | 3% of Gross | $104.83 |
| Pension | $1.25 / Hour | $208.12 |
| LMCC | $.15 / Hour | $24.97 |
| National LMC | $.01 / Hour | $5.65 |
| Vacation/Dues | 6% of Gross + $.20 / Hour | $242.97 |
| CAF | 1% of Gross | $34.94 |
| ECT | 1% of Gross | $34.94 |
| NECA Dues | | $ ??-????? |
| NEIF | | $ |
| | TOTAL DUE | $837.91 |

# BAY to the BORDERS
## *Residential Employee Benefits Report*

**This report and payment is due by the 15th of each Calendar Month**

| Employer's Name, Address and Identification Number | | Mail this transmittal along with payment to: | Employer's Federal Reg.No. | |
|---|---|---|---|---|
| Local 180 | Cameron Electric 2412 Third Street Napa, CA 94559 | **Bay to the Borders Residential Agreement P.O. Box 5057 San Jose, CA 95150** | Total Number of Employees Employed → This Period | |
| *Dec07* ← | This report covers all Payroll Periods ending during Month Shown | | NECA → Member | |

| SSN | Employee Last Name | Employee First Name | Class | County Worked In | Clock Hours | Gross Wages | Hourly Wage Rate | Vacation – Dues |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | **TOTALS →** | | | | | |

| Name | Title | Date |
|---|---|---|
| | | |

| | Rate | Total |
|---|---|---|
| Health Insurance | $6.35 / Hour | $ |
| JATC | $.68 / Hour | $ |
| NEBF | 3% of Gross | $ |
| Pension | $1.25 / Hour | $ |
| LMCC | $.15 / Hour | $ |
| National LMC | $.01 / Hour | $ |
| Vacation/Dues | 6% of Gross + $.20 / Hour | $ |
| CAF | 1% of Gross | $ |
| ECT | 1% of Gross | $ |
| NECA Dues | | $ |
| NEIF | | $ |
| | **TOTAL DUE** | $ |

Cameron Electric
2412 Third Street
Napa, CA 94559

# International Brotherhood of Electrical Workers Local 180
## FRINGE BENEFIT REMITTANCE REPORT

**This report is due to the Administrator's office by the 15th of each month.**

☐ IF NO Employees covered by this Trust Agreement were employed this month, please enter an "X" in the box to the left, sign and return

| (1) Name of Company: | Cameron Electric | Employer's Federal ID | PLEASE MAIL MONTHLY BENEFITS CHECK AND |
|---|---|---|---|
| Address: | 2412 Third Street | 56-7592445 | A COPY OF THIS TRANSMITTAL TO: |
| | Napa, CA 94559 | **Payroll Period:** | Local 180 Solano-Napa Electrical Workers |
| Phone: | (707) 224-4646 | December-07 | PO Box 1230    Suisun City, CA 94585-1230 |
| Email: | lpopcorn@sbcglobal.net | | *Email the completed form to: EPR@IBEWLU180.org |
| | | Date:    1/8/2008 | *Please note invoiced on check    561200712 |

| | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Secure | | Job | New Term | Total Clock | Gross | 401a | VEBA | |
| | Name | SSN | Contract-Job Class | Dates | Date | Hours | Pay | Rate | Rate | Vac/Dues |
| 1 | Buxton, Brandon W | 5032 | Inside-Inside Appr Period 3 | 07/01/07 12/31/07 | | 119.00 | 2,782.58 | 0.00 | 0.00 | 169.55 |
| 2 | Buxton, Brandon W | 5032 | Inside-Inside Appr Period 4 | 01/01/08 | | | | 0.00 | 0.00 | |
| 3 | Leon-Guerrero, Steven D | 0457 | Inside-Jm Inside Wireman | 04/11/07 | | 112.00 | 4,386.00 | 3.00 | 0.00 | 286.16 |
| 4 | Triola, Paul | 6143 | Inside-Inside Foreman | 08/29/06 | | 81.00 | 3,576.96 | 3.00 | 0.00 | 230.82 |
| 5 | Zimmer, Derrick M | 6792 | Inside-Jm Inside Wireman | 08/08/05 | | 0.00 | | 0.00 | 0.00 | |

1/8/2008   10:15 AM                                                                              MPR

# International Brotherhood of Electrical Workers Local 180
## FRINGE BENEFIT REMITTANCE REPORT

**This report is due to the Administrator's office by the 15th of each month.**

IF NO Employees covered by this Trust Agreement were employed this month, please enter an "X" in the box to the left, sign and return

| (1) Name of Company: | Cameron Electric | Employer's Federal ID | 58-7592445 | PLEASE MAIL MONTHLY BENEFITS CHECK AND |
|---|---|---|---|---|
| Address: | 2412 Third Street | Payroll Period: | | A COPY OF THIS TRANSMITTAL TO: |
| | Napa, CA 94559 | December-07 | | Local 180 Solano-Napa Electrical Workers |
| Phone: | (707) 224-4646 | | | PO Box 1230   Suisun City, CA 94585-1230 |
| Email: | lpopcorn@sbcglobal.net | | | *Email the completed form to: EPR@IBEWLU180.org |
| | | Date: | 1/8/2008 | *Please note invoice# on check   581200712 |

| | (2) | | (3) Last 4 SSN | (4) | (5) Job Date | (6) New Term Date | (7) Total Hours | (8) Gross Pay | (9) 401a Rate | (10) VEBA Rate | (11) Vac/Dues |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Last Name | First Name | | Contract-Job Class | | | | | | | |
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 25 | | | | | | | | | | | |
| | **(12) TOTALS** | | | | | | 312.00 | 10,735.54 | | | 706.53 |

(13) NATIONAL ELECTRICAL BENEFIT FUND = 3% OF GROSS EARNINGS
Make check payable to "NEBF" and mail a copy of the remittance to:
NEBF   c/o NCC, NECA   6300 Village Parkway   Dublin CA 94568      **$322.07**

NECA MEMBER y    (14) NECA Service Charge = 0.6% of Gross Earnings
Mail Check payable to "Northern California Chapter, NECA"
and mail with a copy of the remittance to:
NCC, NECA   PO BOX 1230   SUISUN CITY CA 94585-1230      **$64.42**

| | |
|---|---|
| Health and Welfare | $3,154.32 |
| CATF | $142.78 |
| Pension DB | $1,326.00 |
| Dues | $644.13 |
| Vacation | $62.40 |
| JATC | $234.00 |
| Training | $40.56 |
| ECT | $107.36 |
| NLMCC | $3.12 |
| LMCC | $46.80 |
| 401(a) | $541.40 |
| VEBA | $0.00 |
| **TOTAL** | **$6,402.87** |

(15) The employer reporting herein represents that it is bound by the Restated Employees Benefit Agreement and Trust for the National Electrical Benefit Fund and agrees to make the required contributions to the Fund as provided for therein. The employer acknowledges having received a copy of the above Agreement. The employer certifies that the information contained in this report is a true and accurate statement of hours worked and wages earned of all employees subject to employer contributions (pursuant to Article 6 of the Agreement and it is either devoting all such non-bargaining unit employees of aforesaid employees only, except those who may be excluded pursuant to Section 6.3 of the Agreement. The employer further certifies that it is reporting on behalf of a related organization as defined in Article 6 of the Agreement, either all employees of the organization of aforesaid employee may are covered, except those who may be excluded pursuant to Section 6.3 of the NEBF Agreement.

| (16) Signature | Title | Date |
|---|---|---|
| | | 1/8/2008 |

(17) PLEASE MAIL MONTHLY BENEFITS CHECK AND A COPY OF THIS TRANSMITTAL TO:
Local 180 Solano-Napa Electrical Workers
PO Box 1230   Suisun City, CA 94585-1230
*Please note invoice# on check   581200712
***Please Email the completed form to: EPR@IBEWLU180.org ***

1/8/2008 10:20 AM                                     MPR

# International Brotherhood of Electrical Workers Local 180
## FRINGE BENEFIT REMITTANCE REPORT

**This report is due to the Administrator's office by the 15th of each month.**

[ ] **IF NO Employees** covered by this Trust Agreement were employed this month, please enter an "X" in the box to the left, sign and return

| (1) Name of Company: | **Cameron Electric** | Employer's Federal ID | PLEASE MAIL MONTHLY BENEFITS CHECK AND |
|---|---|---|---|
| Address: | **2412 Third Street** | **56-7592445** | A COPY OF THIS TRANSMITTAL TO: |
| | **Napa, CA  94559** | Payroll Period: | **Local 180 Solano-Napa Electrical Workers** |
| Phone: | **(707) 224-4646** | **January-08** | **PO Box 1230     Suisun City, CA  94585-1230** |
| Email: | **lpopcorn@sbcglobal.net** | | *Email the completed form to: EPR@IBEWLU180.org* |
| | | Date:          2/11/2008 | *Please note invoice# on check          58120081 |

| | (2) Name | (3) Secure SSN | (4) Contract-Job Class | (5) Job Dates | (6) New Term Date | (7) Total Clock Hours | (8) Gross Pay | (9) 401a Rate | (10) VEBA Rate | (11) Vac/Dues |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Buxton,Brandon W | 3032 | Inside-Inside Appr Period 3 | 07/01/07 12/31/07 | | | | 0.00 | 0.00 | |
| 2 | Buxton,Brandon W | 3032 | Inside-Inside Appr Period 4 | 01/01/08 02/01/08 | | 179.00 | 4,946.87 | 0.00 | 0.00 | 332.61 |
| 3 | Leon-Guerrero,Steven D | 0457 | Inside-Jrn Inside Wireman | 04/11/07 01/08/08 | | 108.50 | 4,980.69 | 3.00 | 0.00 | 320.54 |
| 4 | Triola,Paul | 6143 | Inside-Inside Foreman | 08/29/06 01/23/08 | | 95.00 | 4,239.36 | 3.00 | 0.00 | 273.36 |
| 5 | Zimmer,Derrick M | 6792 | Inside-Jrn Inside Wireman | 06/06/05 | | | | 0.00 | 0.00 | |

# International Brotherhood of Electrical Workers Local 180
## FRINGE BENEFIT REMITTANCE REPORT

### This report is due to the Administrator's office by the 15th of each month.

☐ **IF NO Employees** covered by this Trust Agreement were employed this month, please enter an "X" in the box to the left, sign and return

| (1) Name of Company: | **Cameron Electric** | Employer's Federal ID | PLEASE MAIL MONTHLY BENEFITS CHECK AND |
|---|---|---|---|
| Address: | **2412 Third Street** | **56-7592445** | A COPY OF THIS TRANSMITTAL TO: |
| | **Napa, CA  94559** | Payroll Period: | Local 180 Solano-Napa Electrical Workers |
| Phone: | **(707) 224-4646** | **January-08** | PO Box 1230    Suisun City, CA  94585-1230 |
| Email: | **lpopcorn@sbcglobal.net** | | *Email the completed form to: EPR@IBEWLU180.org |
| | | Date:        2/11/2008 | *Please note invoice# on check        58120081 |

| | (2) Last Name | First Name | (3) Last 4 SSN | (4) Contract-Job Class | (5) Job Date | (6) New Term Date | (7) Total Hours | (8) Gross Pay | (9) 401a Rate | (10) VEBA Rate | (11) Vac/Dues |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | | | | | | | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | | | | | | | | | |
| 18 | | | | | | | | | | | |
| 19 | | | | | | | | | | | |
| 20 | | | | | | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 25 | | | | | | | | | | | |
| | **(12) TOTALS** | | | | | | 382.50 | 14,166.92 | | | 926.51 |

(13) NATIONAL ELECTRICAL BENEFIT FUND = 3% OF GROSS EARNINGS
Make check payable to "NEBF" and mail with a copy of the remittance to:
    **NEBF    c/o NCC, NECA    6300 Village Parkway    Dublin CA 94568**    →    **$425.01**

| NECA MEMBER y | (14) NECA Service Charge = 0.6% of Gross Earnings | |
|---|---|---|
| | Mail Check payable to "Northern California Chapter, NECA" | →  **$85.00** |
| | and mail with a copy of the remittance to: | |
| | **NCC, NECA    PO BOX 1230   SUISUN CITY  CA   94585-1230** | |

(15) The employer reporting herein recognizes that it is bound by the Restated Employees Benefit Agreement and Trust for the National Electrical Benefit Fund and agrees to make the required contributions to the Fund as provided for therein. The employer acknowledges having received a copy of the above Agreement. The employer certifies that the information contained in this report is a full and accurate statement of hours worked and wages earned of all employees subject to employer contributions (pursuant to Article 6 of the Agreement and is either covering all such non-bargaining unit employees or alumni employees only, except those who may be excluded pursuant to Section 6.3 of the Agreement. The employer further certifies that if it is reporting on behalf of a related organization as defined in Article 6 of the Agreement, either all employees of the organization or alumni employee only are covered, except those who may be excluded pursuant to Section 6.3 of the NEBF Agreement.

| (16) Signature | Title | Date |
|---|---|---|
| | | 2/11/2008 |

**(17) PLEASE MAIL MONTHLY BENEFITS CHECK AND A COPY OF THIS TRANSMITTAL TO:**
    **Local 180 Solano-Napa Electrical Workers**
    **PO Box 1230   Suisun City, CA  94585-1230**
    *Please note invoice# on check        58120081
    ***Please Email the completed form to: EPR@IBEWLU180.org***

| | |
|---|---|
| Health and Welfare | $3,867.08 |
| CATF | $188.41 |
| Pension DB | $1,625.63 |
| Dues | $850.01 |
| Vacation | $76.50 |
| JATC | $286.88 |
| Training | $49.73 |
| ECT | $141.67 |
| NLMCC | $3.83 |
| LMCC | $57.38 |
| 401(a) | $687.00 |
| VEBA | $0.00 |
| TOTAL | $7,834.12 |

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On February 19, 2008, I served the within:

**DECLARATION OF MARK H. LIPTON IN SUPPORT OF POINTS AND AUTHORITES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CAMERON ELECTRIC & LIGHTING DESIGN AND ZACHARY ALAN CAMERON**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

CAMERON ELECTRIC & LIGHTING DESIGN
2412 3rd Street
Napa, CA 94559

ZACHARY ALAN CAMERON
2412 3rd Street
Napa, CA 94559

CAMERON ELECTRIC dba CAMERON ELECTRIC & LIGHTING DESIGN
2412 3rd Street
Napa, CA 94559

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 19, 2008, at San Francisco, California.

Judy Dunworth

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

**LIPTON DCN I/S/O MOTION FOR DEFAULT JUDGMENT AGAINST DEFS. CAMERON ELECT. & CAMERSON**
**Case No. C-07-04111 VRW**