William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CAMERON ELECTRIC & LIGHTING DESIGN, a sole proprietorship; ZACHARY ALAN CAMERON, its owner; CAMERSON ELECTRIC dba CAMERON ELECTRIC & LIGHTING DESIGN, <br><br> Defendants. | Case No.  C-07-04111 VRW <br><br> **[Proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CAMERON ELECTRIC & LIGHTING DESIGN AND ZACHARY ALAN CAMERON** <br><br> [F.R.C.P. Rule 55(a)] <br><br> Date:      April 10, 2008 <br> Time:     2:30 p.m. <br> Courtroom: 6, 17th Floor <br> Location:  450 Golden Gate Avenue <br>                    San Francisco, CA 94102 <br> Judge:  Chief Judge Vaughn R. Walker |

This matter came on regularly for hearing on Thursday, April 10, 2008 at 2:30 p.m., , in Courtroom 6 on the 17th Floor at the U.S. District Courthouse, 450 Golden Gate Avenue located in San Francisco, California 94102. Plaintiffs SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; SOLANO & NAPA COUNTIES ELECTRICAL WORKERS LABOR & MANAGEMENT COMMITTEE: I.B.E.W. LOCAL 180 JOINT APPRENTICESHIP TRAINING TRUST FUND; SOLANO AND NAPA COUNTIES ELECTRICAL WORKERS PENSION TRUST FUND; SOLANO & NAPA COUNTIES ELECTRICAL WORKERS PROFIT SHARING PLAN; LOCAL 180 of the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO; and, DAN BROADWATER, as Trustee of the Plaintiff Trusts, Co-chair of the Committee, and Business Manager/Financial Secretary of I.B.E.W. Local 180 (hereinafter collectively referred to as the "Plaintiffs", "Trusts" or "Funds") were represented by Mr. Scott M. De Nardo. Defendants failed to appear.

Having considered the argument of Mr. De Nardo, the Motion, the Points and Authorities, the submitted Declaration of Mssrs. Lipton and De Nardo and the entire file in this action, and GOOD CAUSE APPEARING,

IT IS ORDERED THAT Plaintiffs Motion for Default Judgment Against Defendants CAMERON ELECTRIC & LIGHTING DESIGN and ZACHARY ALAN CAMERON is hereby GRANTED. Judgment is entered, joint and several, against Defendants CAMERON ELECTRIC & LIGHTING DESIGN and ZACHARY ALAN CAMERON in the amount of $68,807.74.

IT IS SO ORDERED.

Dated: _____                            _____

U.S. District Court Chief Judge

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On February 19, 2008, I served the within:

**[Proposed] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS CAMERON ELECTRIC & LIGHTING DESIGN AND ZACHARY ALAN CAMERON**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

CAMERON ELECTRIC & LIGHTING DESIGN
2412 3rd Street
Napa, CA 94559

ZACHARY ALAN CAMERON
2412 3rd Street
Napa, CA 94559

CAMERON ELECTRIC dba CAMERON ELECTRIC & LIGHTING DESIGN
2412 3rd Street
Napa, CA 94559

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 19, 2008, at San Francisco, California.

_____
Judy Dunworth