William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CAMERON ELECTRIC & LIGHTING DESIGN, a sole proprietorship; ZACHARY ALAN CAMERON, its owner; CAMERON ELECTRIC dba CAMERON ELECTRIC & LIGHTING DESIGN, <br><br> Defendants. | Case No.   C-07-4111 VRW <br><br> **MISCELLANEOUS ADMINISTRATIVE REQUEST, re: CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** <br><br> Date:         March 27, 2008 <br> Time:        3:30 p.m. <br> Location:   450 Golden Gate Avenue <br>                   San Francisco, CA 94102 <br> Courtroom: 6, 17th Floor <br> Judge:       Hon. Vaughn R. Walker |

Pursuant to Local Rule 7-10(b), Plaintiffs hereby respectfully request this Court vacate the Case Management Conference it set for March 27, 2008 at 3:30 p.m. pursuant to the Clerk's Notice, dated February 13, 2008 [Docket Doc. #10] because a Motion for Default Judgment has been concurrently filed herewith and is calendared for April 10, 2008 at 2:30 p.m.

Dated: Feb 19, 2008

Respectfully submitted,

SCOTT M. DE NARDO
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: Feb. 20, 2008



GRANTED
Judge Vaughn R Walker

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On February 19, 2008, I served the within:

**MISCELLANEOUS ADMINISTRATIVE REQUEST RE: CASE MANAGEMENT CONFERENCE**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

CAMERON ELECTRIC & LIGHTING DESIGN
2412 3rd Street
Napa, CA 94559

ZACHARY ALAN CAMERON
2412 3rd Street
Napa, CA 94559

CAMERON ELECTRIC dba CAMERON ELECTRIC & LIGHTING DESIGN
2412 3rd Street
Napa, CA 94559

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 19, 2008, at San Francisco, California.

_____
Judy Dunworth

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL

-3-
MISCELLANEOUS ADMISTRATIVE REQUEST, re: Case Management Conference
Case No. C 07-4111 VRW