**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, et al,** | No   C 07-4111   VRW |
|   Plaintiffs, | **ORDER TO SHOW CAUSE** |
|         v |  |
| **CAMERON ELECTRIC & LIGHTING DESIGN, a sole proprietorship; ZACHARY ALAN CAMERON, its owner; and CAMERON ELECTRIC d/b/a CAMERON ELECTRIC & LIGHTING DESIGN** |  |
|   Defendants. |  |

Plaintiffs seek default judgment on grounds that defendants Cameron Electric & Lighting Design and Zachary Alan Cameron ("defendants") failed to contribute to multi-employer benefit plans as required by applicable collective bargaining agreements. Plaintiffs seek damages of $68,807.74 under 29 USC § 1132(g)(2). Doc #13 at 4-5.

Plaintiffs filed their complaint on August 9, 2007. Doc

#1. Defendants were served on August 21, 2007, but did not respond. Doc #4. On September 28, 2007, the clerk entered default. Doc #7. Plaintiffs filed a motion for default judgment and supporting papers, including an estimate of attorneys' fees and costs that would be expended pursuing default judgment, on February 19, 2008. Doc ##12-16. Defendants were served by mail on the same day. Doc ##12-16. Defendants have not responded to the motion for default judgment.

Accordingly, defendants are hereby ORDERED TO SHOW CAUSE in writing by April 20, 2008, why default judgment should not be entered. On or before that date, plaintiffs are DIRECTED to file a declaration showing attorney time and costs actually incurred, including the experience level of the attorneys who worked on the case, so the court can determine whether the fees requested are reasonable under the principles set forth in <u>In re HPL Technologies, Inc, Securities Litigation</u>, 366 F Supp 2d 912, 921-922 (ND Cal 2005) (Walker, J).

The hearing scheduled for April 10, 2008 at 2:30 pm is VACATED. Plaintiffs are DIRECTED to serve a copy of this order on defendants and file proof of service with the court. The court will inform the parties if it desires a hearing on this matter.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge