William J. Flynn, State Bar No. 95371
Scott M. De Nardo, State Bar No. 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CAMERON ELECTRIC & LIGHTING DESIGN, a sole proprietorship; ZACHARY ALAN CAMERON, its owner; and, CAMERON ELECTRIC dba CAMERON ELECTRIC & LIGHTING DESIGN, <br><br> Defendants. | Case No.  C-07-4111 VRW <br><br> **NOTICE OF RULING** <br> **RE: ORDER TO SHOW CAUSE** <br><br> [F.R.C.P. Rule 55(a)] <br><br> Date: <br> Time: <br> Courtroom: 6, 17th Floor <br> Location:   450 Golden Gate Avenue <br>                     San Francisco, CA 94102 <br> Judge:  Hon. Vaughn R. Walker |

1      PLEASE TAKE NOTICE that on Wednesday, April 10, 2008, United States U.S. District Court Chief Judge Vaugh R. Walker, in Courtroom 6 on the 17th Floor at the U.S. District Courthouse, 450 Golden Gate Avenue, located in San Francisco, California 94102, issued an ORDER TO SHOW CAUSE attached hereto as Exhibit "A".

Dated: April 18, 2008

Respectfully submitted,

NEYHART, ANDERSON,
FLYNN & GROSBOLL

By: _____
Scott M. De Nardo
Attorneys for Plaintiffs

EXHIBIT A

```
 1
 2
 3
 4
 5
 6
 7
 8
 9                    IN THE UNITED STATES DISTRICT COURT
10                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12   SOLANO & NAPA COUNTIES ELECTRICAL      No   C 07-4111   VRW
     WORKERS HEALTH AND WELFARE TRUST
13   FUND, et al,                                ORDER TO SHOW CAUSE

14              Plaintiffs,

15        v

16
     CAMERON ELECTRIC & LIGHTING
17   DESIGN, a sole proprietorship;
     ZACHARY ALAN CAMERON, its owner;
18   and CAMERON ELECTRIC d/b/a
     CAMERON ELECTRIC & LIGHTING
19   DESIGN

20              Defendants.
                                    /
21
22        Plaintiffs seek default judgment on grounds that
23   defendants Cameron Electric & Lighting Design and Zachary Alan
24   Cameron ("defendants") failed to contribute to multi-employer
25   benefit plans as required by applicable collective bargaining
26   agreements.  Plaintiffs seek damages of $68,807.74 under 29 USC §
27   1132(g)(2).  Doc #13 at 4-5.
28        Plaintiffs filed their complaint on August 9, 2007. Doc
```

1  #1. Defendants were served on August 21, 2007, but did not
2  respond. Doc #4. On September 28, 2007, the clerk entered
3  default. Doc #7. Plaintiffs filed a motion for default judgment
4  and supporting papers, including an estimate of attorneys' fees and
5  costs that would be expended pursuing default judgment, on February
6  19, 2008. Doc ##12-16. Defendants were served by mail on the same
7  day. Doc ##12-16. Defendants have not responded to the motion for
8  default judgment.
9         Accordingly, defendants are hereby ORDERED TO SHOW CAUSE
10 in writing by April 20, 2008, why default judgment should not be
11 entered. On or before that date, plaintiffs are DIRECTED to file a
12 declaration showing attorney time and costs actually incurred,
13 including the experience level of the attorneys who worked on the
14 case, so the court can determine whether the fees requested are
15 reasonable under the principles set forth in In re HPL
16 Technologies, Inc, Securities Litigation, 366 F Supp 2d 912, 921-
17 922 (ND Cal 2005) (Walker, J).
18        The hearing scheduled for April 10, 2008 at 2:30 pm is
19 VACATED. Plaintiffs are DIRECTED to serve a copy of this order on
20 defendants and file proof of service with the court. The court
21 will inform the parties if it desires a hearing on this matter.

23        IT IS SO ORDERED.

26                                    VAUGHN R WALKER
                                      United States District Chief Judge

2

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action; my business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104. On April 18, 2008, I served the within:

**NOTICE OF RULING**
**RE: ORDER TO SHOW CAUSE**

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

ZACHARY ALAN CAMERON
2412 3rd Street
Napa, CA 94559

CAMERON ELECTRIC & LIGHTING DESIGN
2412 3rd Street
Napa, CA 94559

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 18, 2008, at San Francisco, California.

Judy Dunworth

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

-3-

NOTICE OF RULING
Case No. C-07-4111 VRW