IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLANO AND NAPA COUNTIES ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CAMERON ELECTRIC AND LIGHTING DESIGN, a sole proprietorship; ZACHARY ALAN CAMERON, its owner; and CAMERON ELECTRIC dba Cameron Electric & Lighting Design,<br><br>    Defendants.<br>_____/ | No. C 07-4111 VRW<br><br>**JUDGMENT IN A CIVIL CASE** |

   (X)  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   In accordance with the Court's April 25, 2008 order granting motion for default judgment, **IT IS SO ORDERED AND ADJUDGED** that judgment in this action shall be entered against defendants Cameron Electric & Lighting Design and Zachary Alan Cameron in the amount of $68,328.28.


Dated: April 28, 2008                                          Richard W. Wieking, Clerk

                                                               By: *Cora Klein*
                                                               Deputy Clerk